# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WIECHERS,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY MOORE, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00223 - LJO - JLT<br><br>ORDER MODIFYING THE BRIFING SCHEDULE<br><br>(Doc. 26) |

On October 22, 2013, the parties filed a Stipulation to Modify the Briefing Schedule (Doc. 26). Good cause appearing, it is hereby **ORDERED** that the briefing schedule entered on May 28, 2013 (Doc. 13), is modified as follows pursuant to the stipulation:

    November 22, 2013:    Federal Defendants **SHALL** file their cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment;

    December 18, 2013:    Plaintiff **SHALL** file his reply in support of his motion for summary judgment and in opposition to Federal Defendants' cross-motion for summary judgment;

    January 14, 2014:    Federal Defendants **SHALL** file their reply in support of their cross-motion for summary judgment.

IT IS SO ORDERED.

Dated: **October 24, 2013**        **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE