IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| PETER WIECHERS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:13-cv-00223-LJO-JLT |
| RANDY MOORE, in his official capacity as Regional Forester for the Pacific Southwest Region of the United States Forest Service, and the UNITED STATES FOREST SERVICE, | ) | **ORDER ON MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF** |
| Federal Defendants. | ) | |

The matter having come before the Court on Federal Defendants' Motion for Leave to File an Overlength Reply Brief, good cause appearing, the Court hereby GRANTS Federal Defendants' motion.  The Court grants leave for Federal Defendants to file their Reply In Support of their Cross-Motion for Summary Judgment up to 15 pages, exclusive of the case caption and signature pages, ECF No. 37.


**IT IS SO ORDERED.**

**Dated: January 17, 2014**          **/s/ Lawrence J. O'Neill**
                                          **UNITED STATES DISTRICT JUDGE**