IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETER WIECHERS, | ) Case No.:  1:13-CV-00223-LJO-JLT |
| | ) |
|     Plaintiff, | ) |
| | ) **ORDER ON MOTION FOR SUR-REPLY** |
|     vs. | ) |
| | ) |
| RANDY MOORE, in his official capacity as | ) |
| Regional Forester for the SW Region of the U. | ) |
| S. Forest Service, and the UNITED STATES | ) |
| FOREST SERVICE, | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |
| | ) |

For good cause appearing, this Court GRANTS Plaintiff's motion to file a sur-reply.  The sur-reply shall not exceed 5 pages plus exhibits and shall be filed no later than January 31, 2014.

**IT IS SO ORDERED.**

**Dated: January 17, 2014**          **/s/ Lawrence J. O'Neill**
                                        **UNITED STATES DISTRICT JUDGE**