IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

PETER WIECHERS,

    Plaintiff,

        v.

RANDY MOORE, in his official capacity as Regional Forester for the Pacific Southwest Region of the United States Forest Service, and the UNITED STATES FOREST SERVICE,

    Federal Defendants.

CASE NO. 1:13-cv-00223-LJO-JLT

**ORDER ON MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S SUR-REPLY**

The matter having come before the Court on Federal Defendants' Motion for Leave to File a Response to Plaintiff's Sur-Reply, good cause appearing, the Court hereby GRANTS Federal Defendants' motion. The Court grants leave for Federal Defendants to file a Response to Plaintiff's Sur-Reply, not to exceed two pages in length, on or before February 6, 2014. This Response shall address only the new evidence presented in Plaintiff's Sur-Reply. No further briefing shall be permitted in this case.

SO ORDERED
Dated: February 3, 2014

                                      /s/ Lawrence J. O'Neill
                                  United States District Judge