IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETER WIECHERS, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:13-cv-00223-LJO-JLT |
| | ) |
| RANDY MOORE, in his official capacity as Regional Forester for the Pacific Southwest Region of the United States Forest Service, and the UNITED STATES FOREST SERVICE, | ) **ORDER ON JOINT MOTION TO STAY DEADLINE FOR PROPOSED JUDGMENT (DOC. 50)** |
| Federal Defendants. | ) |

The matter having come before the Court on the parties' Joint Motion to Stay the Deadline for Proposed Judgment, good cause appearing, the Court hereby GRANTS the parties' motion.  The May 9, 2014 deadline for submission of a proposed judgment is stayed until the Court issues a decision on Plaintiff's motion for reconsideration, ECF No. 49.  The parties shall jointly submit a proposed judgment within 28 days of the Court's decision on Plaintiff's motion for reconsideration.


IT IS SO ORDERED.

Dated:   **April 22, 2014**            ____**/s/ Lawrence J. O'Neill**____
                                                  UNITED STATES DISTRICT JUDGE