IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETER WIECHERS,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY MOORE, in his official capacity as Regional Forester for the Pacific Southwest Region of the United States Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>    Federal Defendants. | CASE NO. 1:13-cv-00223-LJO-JLT<br><br>**JUDGMENT AND ORDER OF RELIEF** |

    The Court has ruled in favor of the Plaintiff on Claim One that the Federal Defendants improperly charged recreation fees at the Miracle Hot Springs standard amenity recreation fee site in the Lower Kern River area of the Sequoia National Forest.  The Court has ruled in favor of Federal Defendants on the remaining issues related to Claim One, and Claim Two in its entirety.

    Accordingly, the Court ENJOINS Federal Defendants from collecting recreation fees at the Miracle Hot Springs site, unless and until a permanent toilet facility as contemplated in this Court's Opinion, ECF No. 48, is constructed at the site; it ORDERS Federal Defendants to issue Mr. Peter Wiechers a $10 refund of recreation fees paid; and it DECLARES that Plaintiff's June 30, 2012 "Notice of Required Fee" is VOID.

1

1 IT IS HEREBY ORDERED that Judgment is entered in favor of Plaintiffs in part as to Claim One, and in favor of Federal Defendants as to Claim Two and the remainder of Claim One.

**IT IS SO ORDERED**
**Dated: June 2, 2014**

                                              **/s/ Lawrence J. O'Neill**
                                              **United States District Judge**