IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETER WIECHERS,<br><br>    Plaintiff,<br><br>vs.<br><br>RANDY MOORE, in his official capacity as Regional Forester for the SW Region of the U. S. Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>    Defendants. | Case No.: 1:13-CV-00223-LJO-JLT<br><br>**ORDER ON JOINT STATUS REPORT RE PLAINTIFF'S MOTION FOR ATTORNEY FEES AND OTHER LITIGATION EXPENSES** |

    Based on the parties' joint status report regarding Plaintiffs' Motion for Attorney Fees and Other Litigation Expenses, and good cause shown, their motion is GRANTED.

    The parties shall either file a settlement agreement settling Plaintiffs' claim for fees and litigation expenses, or a joint status report suggesting how to resolve those claims, by September 20, 2016. Further extension requests will be viewed with disfavor.

IT IS SO ORDERED.

    Dated: **July 26, 2016**              **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES CHIEF DISTRICT JUDGE